### *In re* McQueen's Estate.
### Pandjiris *v.* McQueen.

(*Supreme Court, General Term, First Department.* October 24, 1890.)

Appeal from special term, New York county.

Claim by Sarah I. Pandjiris against the estate of Alfred G. McQueen, deceased, presented to John McQueen, as administrator of said estate. From so much of the order confirming the report of the referee on said claim as awarded costs. and disbursements to the claimant, the administrator appeals.

Argued before Van Brunt, P. J., and Brady and Daniels, JJ.

*George P. Webster*, (*Allen McDonald*, of counsel,) for appellant. *A. S. Diossy,* (*Daniel Clark Briggs*, of counsel,) for respondent.

Van Brunt, P. J. For the reasons stated in *Re McQueen's Estate*, (*Blankman* v. *McQueen*,) *ante*, 509, decided herewith, the order appealed from should be modified by striking therefrom the words "taxable costs," and as modified affirmed. All concur.